# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
99 SEP 16 AM 11:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Luis Beltran Sanchez, et al.
Plaintiff(s)

vs.   Civil No. 97-2533 (SEC)

The Wesleyan Church Corporation, et al.
Defendant(s)

## DESCRIPTION OF MOTION

DATE FILED: 9/13/99   DOCKET: 33   TITLE: Joint Informative Motion In Compliance with Court's order and Request to Enlarge Discovery Period

[x] Plaintiff(s)   [ ] Third Party Defendant(s)
[x] Defendant(s)

DISPOSITION:

[x] GRANTED      [ ] DENIED

[ ] NOTED        [ ] MOOT

## ADDITIONAL COMMENTS:

Discovery shall now conclude on November 30, 1999. No further extensions of time will be granted.

15 SEP 99
DATE

SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE

(34)