# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Luis Beltrán Sánchez, et al.
_____
Plaintiff(s)

Wesleyan Church Corp., et al.
_____
Defendant(s)

Civil No. 97-2533 (SEC)

RECEIVED & FILED
1999 OCT 19 AM 8 08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| DESCRIPTION OF MOTION |
|---|

DATE FILED: Oct. 15, 99   DOCKET #: 35   TITLE: Joint motion requesting an ammendment to the case management order regarding the filing of motions for summary judg.

[X] Plaintiff(s)    [ ] Third Party Defendant(s)
[X] Defendant(s)

DISPOSITION:

[X] GRANTED          [ ] DENIED

[ ] NOTED            [ ] MOOT

| COMMENTS |
|---|

The deadline for filing summary judgement motions is now reset for January 10, 2000. However, no further extensions will be granted.

(2)

October 18, 1999
_____
DATE

_____
SALVADOR E. CASELLAS
United States District Judge