IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Luis Beltrán-Sánchez, et. al.
_____
Plaintiff(s)

Civil No. 97-2533 (SEC)

v.

The Wesleyan Church Corp., et. al.
_____
Defendant(s)

RECEIVED & FILED
99 NOV 18 AM 7:23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

## DESCRIPTION OF MOTION

DATE FILED: 11/8/99    DOCKET #: 38    TITLE: Motion requesting brief extension of time to reply and/or oppose motion to compel

[ ] Plaintiff(s)    [ ] Third Party Defendant(s)

[X] Defendant(s)

DISPOSITION:

[X] GRANTED            [ ] DENIED

[ ] NOTED              [ ] MOOT

## COMMENTS

Until November 23, 1999

(2)   15 NOV 99
_____          _____
DATE                     SALVADOR E. CASELLAS
                         United States District Judge