**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

*Luis Beltrán-Sánchez, et. al.*
_____ Plaintiff(s)

v.

*The Wesleyan Church Corp.*
_____ Defendant(s)

Civil No. 97-2533(CEC)

RECEIVED & FILED
99 DEC -2 AM 9:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN. P.R

---

| DESCRIPTION OF MOTION |
|---|

DATE FILED: 11/23/99   DOCKET #: 40   TITLE:

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)

[X] Defendant(s)

*Request for a final extension on which to oppose plaintiff's motion to compel discovery*

DISPOSITION:

[X] GRANTED          [ ] DENIED

[ ] NOTED            [ ] MOOT

---

| COMMENTS |
|---|

*Until December 3, 1999.*

(1)

---

30 NOV 99
DATE

SALVADOR E. CASELLAS
United States District Judge