UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



LUIS BELTRAN-SANCHEZ, et. al.
    Plaintiffs
           v.                      Civil No. 97-2533(SEC)
THE WESLEYAN CHURCH
CORPORATION, et. al.
    Defendants

## ORDER

| MOTION | RULING |
| --- | --- |
| **Docket #37**<br>**Motion to Compel Discovery** | **In abeyance.** The Court has considered this motion along with defendant Wesleyan Church Corporation's opposition and motion for a protective order **(Docket #42)** and plaintiffs' opposition to the request for a protective order **(Docket #44)**. After studying the issues raised by the parties, the Court finds that an appropriate disposition of the discovery issue necessarily involves a determination of whether this Court has jurisdiction to entertain a suit involving the internal and administrative affairs of a church in light of the facts of this case. Therefore, the Court holds plaintiff's motion to compel discovery **IN ABEYANCE (Docket #37)** until the issue of this Court's jurisdiction is fully briefed by the parties through a motion for summary judgement and its corresponding opposition. |
| **Docket #43**<br>**Informative Motion** | Noted. |
| **Docket #46**<br>**Request for Leave to File Certain Exhibits in the Spanish Language Pending Cert** | Granted. |
| **Docket #47**<br>**Leave to File Memorandum in Support of Motion for Summary Judgement** | Granted. |

DATE: January 19, 2000

SALVADOR E. CASELLAS
United States District Judge