# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

*Luis Beltrán-Sánchez, et. al.*
_____
Plaintiff(s)

Civil No. 97-2533 (SEC)

v.

*The Wesleyan Church Corp; et. al.*
_____
Defendant(s)

RECEIVED AND FILED
00 FEB 11 AM 10: 52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| DESCRIPTION OF MOTION |
|---|

DATE FILED: 2/4/00  DOCKET #: 50

[X] Plaintiff(s)    [ ] Third Party Defendant(s)

[ ] Defendant(s)    [ ] Joint

TITLE: Motion for Extension of Time to Oppose Motion for Summary Judgement

DISPOSITION:

[X] GRANTED                [ ] DENIED

[ ] NOTED                  [ ] MOOT

| COMMENTS |
|---|

*Until March 3, 2000.*

9-II-00
_____
DATE

_____
SALVADOR E. CASELLAS
United States District Judge

51