## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

*Luis Beltrán Sanchez, et.al.*
Plaintiff(s)

Civil No. 97-2533 (SEC)

v.

*The Wesleyan Church Corp., et.al.*
Defendant(s)

RECEIVED & FILED
00 MAR 23 AM 7: 12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN. P.R

---

### DESCRIPTION OF MOTION

DATE FILED: 3/13/00 DOCKET #: 54 TITLE: *Request for Leave to File a Reply to Plaintiff's Opposition*

[ ] Plaintiff(s)     [ ] Third Party Defendant(s)

[X] Defendant(s)    [ ] Joint

---

DISPOSITION:

[X] GRANTED                    [ ] DENIED

[ ] NOTED                      [ ] MOOT

---

### COMMENTS

*Until April 11, 2000. However, no further extensions will be granted.*

---

20 III 00
DATE

SALVADOR E. CASELLAS
United States District Judge