IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS BELTRAN-SANCHEZ, et. al.
    Plaintiffs

v.     Civil No. 97-2533(SEC)

THE WESLEYAN CHURCH
CORPORATION, et. al.
    Defendants



## ORDER

| MOTION | RULING |
|---|---|
| Docket #60<br>Motion to Strike Plaintiffs' Motion Re: Recent Jurisprudence of the Supreme Court | Granted. |

DATE: June 21, 2000

SALVADOR E. CASELLAS
United States District Judge

