IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS BELTRÁN-SÁNCHEZ, et. al.      *
                                    *
    Plaintiffs                      *
                                    *   Civil No. 97-2533(SEC)
    v.                              *
                                    *
                                    *
THE WESLEYAN CHURCH                 *
CORPORATION, et. al.                *
                                    *
    Defendants                      *
*************************************

## ORDER

By order of the Court, the above-captioned case is hereby transferred to the docket of the recently appointed U.S. District Judge for the District of Puerto Rico, Hon. Jay García-Gregory, subject to his approval pursuant to Local Rules 302(2) and 302(7).

**SO ORDERED.**

In San Juan, Puerto Rico, this 8TH day of August, 2000.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev. 8/82)