UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BELTRAN-SANCHEZ, ET AL

**Plaintiff(s)**

v.   CIVIL NUMBER: 97-2533 (JAG)

WESLEYAN CHURCH CORP.

**Defendant(s)**

RECEIVED & FILED
00 OCT -6 PM 3:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

| MOTION | ORDER |
|---|---|
| **Title:** Motion to Extend Time Until 3/6/00 to File Opposition to Motion for Summary Judgment (by Plf, 03/03/00); Motion to Extend Time Until 4/14/00 to Reply to Plf's Opposition to Motion for Summary Judgment (by Dft, 04/11/00)<br>**Docket:** 52, 56<br>[ ] Plffs   [ ] Defts   [ ] Other | MOOT. |

Date:  10/04/00

JAY A. GARCIA-GREGORY
U.S. District Judge

s/c: (2)
OCT -6 2000