# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Luis Beltran Sanchez, et al.,

**Plaintiffs**

v.

CIVIL NO. 97-2533 (JAG)

The Wesleyan Church Corp., et al.,

**Defendants**

---

## JUDGMENT

Pursuant to the Order entered on this date, the Court enters judgment **dismissing** the Complaint against defendant Wesleyan Church Corporation.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 17th day of July 2002.

JAY A. GARCIA-GREGORY
U.S. District Judge