UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BELTRAN-SANCHEZ ET AL.
    Plaintiff(s)

v.                          CIVIL NO. 97-2533 (JAG)

WESLEYAN CHURCH GROUP
    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 8/23/2002<br>**Title:** Motion to Substitute Attorney<br>**Docket(s):** 70<br><br>☐ Plaintiffs    ☐ Third Party<br>X Defendant(s)    ☐ Other | GRANTED. |

Date: November 15, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

