UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BELTRAN SANCHEZ ET AL.
    **Plaintiff(s)**

v.

CIVIL NO. 97-2533(JAG)

WESLEYAN CHURCH GROUP
    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 8/8/2002<br>**Title:** Motion Pursuant to Rule 59<br>**Docket(s):** 68 | DENIED. |

**X** Plaintiffs
☐ Third Party
☐ Defendant(s)
☐ Other

**Date:** March 27, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge

